UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING MWASI,<br><br>           Plaintiff,<br><br>    v.<br><br>R. BROOMFIELD, et al.,<br><br>           Defendants. | Case No. 21-cv-06355-JD<br><br>**ORDER REMANDING ACTION TO STATE COURT**<br><br>Re: Dkt. No. 12 |

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983 and various state laws. Defendants removed this action from Marin County Superior Court. This Court dismissed the complaint with leave to amend noting that plaintiff failed to present any cognizable federal claims. Plaintiff responded and stated that this action is better suited in state court. Dkt. No. 10 at 1. The Court provided plaintiff an opportunity to disavow any and all federal claims and request a remand to state court. He was informed that the federal claims would be dismissed with prejudice and he would not be able to proceed with a federal due process claim regarding his inmate appeals and his claims under the Americans with Disabilities Act. Plaintiff filed a response and indicates that he wishes to waive all of his federal claims. Dkt. No. 12 ¶ 5.

Because plaintiff has expressly disavowed any federal claims, the case will be remanded to state court so that plaintiff may litigate in his chosen forum.[1] *See Swett v. Schenk*, 792 F.2d 1447, 1450 (9th Cir. 1986) ("it is within the district court's discretion, once the basis for removal jurisdiction is dropped, whether to hear the rest of the action or remand it to the state court from which it was removed"); *Plute v. Roadway Package System, Inc.*, 141 F. Supp. 2d 1005, 1007

---

[1] The Court declines to exercise supplemental jurisdiction over the state law claims. *See United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726 (1966).

(N.D. Cal. 2001) (court may remand sua sponte or on motion of a party).  Plaintiff specifically waived the federal claims; therefore, any federal claims are dismissed with prejudice.

Plaintiff's motion (Dkt. No. 12) is **GRANTED** and this action is **REMANDED** to the Marin County Superior Court for such other and further proceedings as that court deems proper. The Clerk is requested to **CLOSE** the case and send the necessary materials to the Marin County Superior Court for the remand.  All further motions must be filed in state court.

**IT IS SO ORDERED.**

Dated: January 5, 2022

JAMES DONATO
United States District Judge